**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

WEIXING ZENG

| | )  | 2:26-cv-01520 |
|---|---|---|
| | )  | Civil Action No. _____ |
| | )  | |
| VS. | )  | or |
| SCHEDULE A DEFENDANTS | )  | |
| | )  | Criminal Action No. |
| | )  | |

_____

**DISCLOSURE STATEMENT**

　　Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

　　Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Weixing Zeng , in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

07/16/2026                          /s/ Zheng "Andy" Liu

Date                          Signature of Attorney or Litigant

Revision Date: November 1, 2016