**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

WEIXING ZENG,

                    Plaintiff,                                  Civil Case No.: 2:26-cv-01520

          v.

SCHEDULE A DEFENDANTS,

                    Defendants.

**[PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE***

**OF ZHENG "ANDY" LIU**

For good cause, it is hereby ORDERED that the Motion for *Pro Hac* Vice

appearance of Zheng "Andy" Liu is GRANTED.

Dated: _____

                                                        _____

                                                        UNITED STATES DISTRICT JUDGE

1