**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Joseph F. Weis, Jr. U. S. Courthouse**
**700 Grant Street**
**Pittsburgh, PA 15219**
**www.pawd.uscourts.gov**

**BRANDY S. LONCHENA**
CLERK OF COURT                                      WHEN REPLYING, PROVIDE CASE
412–208–7500                                        NUMBER AND PARTY NAMES


July 17, 2026


Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313–1450


RE:   WEIXING ZENG vs.  SCHEDULE A DEFENDANTS
Case Number:   2:26–CV–01520–RJC


Dear Commissioner:

In compliance with 35 Â§290 and/or 15 U.S.C Â§1116, enclosed please find a copy of the Complaint and docket entries filed in the United States District Court for the Western District of Pennsylvania.

Thank you for your attention in this matter.


Very truly yours,

BRANDY S. LONCHENA
CLERK OF COURT


By:  /s/ **Erika R Thomas**
Deputy Clerk


Enclosures