**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ZENG                                              )
                                                  )
_____                           )
                                                  )      Civil Action No. ___2:26-cv-1520___
              vs.                                 )
                                                  )
                                                  )
SCHEDULE A DEFENDANTS                             )
                                                  )
_____                           )
                                                  )
                                                  )

                                                  JIANYIN LIU
**MOTION FOR ADMISSION *PRO HAC VICE* OF** _____

   Affiant Jianyin Liu, undersigned counsel for Defendant **Delamu official** (Amazon ID: A3MCRJA05CNKN2, related company ShenZhenShiDeLaMuDianZiShangWuYouXianGongSi) hereby moves that Affiant be admitted to appear and practice in this Court in the above-

captioned matter as counsel pro hac vice for Defendants AMINY, JEJOT and Haoyue Direct in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

       In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Affiant filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

                                              Respectfully submitted,

       07/30/2026                                 s/ JIANYIN LIU
Dated: _____            _____

                                      [Affiant's name] (Bar. ID NO. _____)
                                      [Affiant's Address/Contact Details]
                                         1007675 (Florida Bar)
                                      *Counsel for [Plaintiff/Defendant]*


                                      9000 SW 157TH ST,
                                      PALMETTO BAY, FL 33157
                                      EMAIL: JAMESLIULAW@GAMIL.COM
                                      Phone: 305 -209-6188