**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

Zeng

_____

             vs.

Schedule A Defendants,

_____

)
)
)
)
)
)

Civil Action No. 2:26-cv-1520

**AFFIDAVIT OF JIANYIN LIU IN SUPPORT OF**
**MOTION FOR ADMISSION PRO HAC VICE**

      I, Jianyin Liu, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant CHAIWUmaoyi in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

      I Jianyin Liu, being duly sworn, do hereby depose and say as follows:

1.     I am a lawyer of the law firm The Law Offices of James Liu PLLC.

2.     My business address is 9000 SW 157th St, Palmetto Bay,Fl 33157.

3.     I am a member in good standing of the bar[s] of     FL and WA
                                                    _____.

                                       FBN: 1007675; WABA: 59542

4.     My bar identification number(s) [is/are] _____.

                                    FL

5.     A current certificate of good standing from _____is attached to this Affidavit as Exhibit A.

6.     [if applicable]  The following are a complete list of any previous disciplinary proceedings concerning my practice of law that resulted in a non-confidential

negative finding or sanction by the disciplinary authority of the bar of any state or any United States court:_____: [Insert additional explanation as appropriate.]

7.      I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8.      I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

9.      Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.
I certify and attest that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

07/30/2026

Dated: _____          _____/s/ Jianyin Liu_____

                                                                                          [Affiant]