**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

Zeng

_____

vs.

Schedule A Defendants

_____

)
)
)
)
)

)
)

Civil Action No.  __2:26-cv-1520__

## ORDER GRANTING MOTION OF PRO HAC VICE ADMISSION

The motion of *Pro Hac Vice* filed by Jianyin Liu, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of Florida and Washington; and his contact information is as follow:

Applicant's Name: Jianyin Liu
Firm Name: The Law Offices of James Liu PLLC
Address: 9000 SW 157TH ST,

City/State/ Zip: Palmetto Bay, FL 33157 Telephone/
Fax: (305) 209 6188
Email: Jamesliulaw@gmail.com

Applicant having requested admission Pro Has Vice to appear for all purpose as counsel for the defendant **Delamu official**.

.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court of the Western District of

Page 1 of 2

Pennsylvania. All attorneys appearing before this Court are subjected to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____

United States District/Magistrate judge