Amazon.com Seller Profile: Delamu Official                                                                                    8/11/26, 9:41 AM



Deliver to Jianyin
Palmetto Bay 33157   All ▼   Search Amazon

EN ▾   Hello, Jianyin
Account & Lists ▾   Returns
& Orders   **2**
Cart ‹

Subtotal
**$14.98**
Go to Cart

All                      Off to College   Add to Delivery   Kindle Books   Books   Customer Service   Buy Again   Subscribe & Save

# Delamu Official

Visit the Delamu Official storefront

**100% positive** in the last 12 months (1085 ratings)

**Delamu Cord Hider, 157in Wire C...**
$**14**⁹⁸  ($ 1.14 / feet)

Add to cart

## About Seller

**Delamu** was established in 2015. Delamu has been dedicated to providing a happy online shopping experience to our customers. Delamu is committed to providing each customer with quality products, affordable prices, quick delivery, and top-tier customer service, all via our hard-working staff.

**Contact us** via the Delamu Official Amazon Storefront Page-Ask a question

**Warranty Policy:**

**30-day money-back guarantee for any reason**

For 30 days after the date of purchase, return your undamaged DELAMU produ...

See more

**Have a question for Delamu Official?**

Ask a question

## Reviews

4.9 out of  5
1,085 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 94% |
| 4 star | | 6% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

1085 total ratings, 1085 with feedback for 12 months

"~~Amazon Executives have poor customer service! Poor communication not accountable nor responsible! Have a terrible experience~~"

By Amazon Customer on August 11, 2026.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Arrived early just as described "

By Amazon Customer on August 11, 2026.

"The order was for two units. The package came with just 8 metal bars, so only one unit can be completed. "

By MG22207 on August 11, 2026.

"~~Received 5 Lower and 1 upper shelve so I am able to assemble one 1 out of 3 racks~~"

By ProFam on August 11, 2026.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

.

"I purchased 3 short sleeve t-shirts. All arrived
quickly. I love the lighter weight of 180 g and
it feels very soft. Great value for the money. "

By Amazon Customer on August 10, 2026.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** ShenZhenShiDeLaMuDianZiShangWuYouXianGongSi
**Business Address:**
粤海街道高新区社区
高新南七道138号惠恒大楼一期324
深圳市
南山区
广东省
518000
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**

Careers

Amazon
Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your
Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery
Business

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

**Let Us Help You**

Your Account

Your Orders

Shipping Rates &
Policies

Amazon Prime

Returns &
Replacements

Manage Your
Content and Devices

Amazon Science

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub
Partner

› See More Ways to Make
Money

Amazon Currency Converter

Promotional Financing

Recalls and Product
Safety Alerts

Registry & Gift List

Help

English

United States

| | | | | | |
|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Veeqo<br>Shipping Software<br>Inventory<br>Management |
| Amazon Business<br>Everything For<br>Your Business | Groceries at<br>Amazon<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Refurbished tech<br>you can trust | Amazon Luna<br>Video games from<br>the cloud,<br>no console<br>required | | |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates