Amazon.com Seller Profile: Delamu Official

8/11/26, 9:41 AM



Deliver to Jianyin
Palmetto Bay 33157

All ▾    Search Amazon

EN ▾    Hello, Jianyin
Account & Lists ▾

Returns
& Orders

**2**
Cart ‹

Subtotal
**$14.98**

Go to Cart

$7.49

2

All    Off to College    Add to Delivery    Kindle Books    Books    Customer Service    Buy Again    Subscribe & Save



# Delamu Official

Visit the Delamu Official storefront

**100% positive** in the last 12 months (1085 ratings)



**Delamu Cord Hider, 157in Wire C...**
$**14**⁹⁸ ($ 1.14 / feet)

Add to cart

## About Seller

**Delamu** was established in 2015. Delamu has been dedicated to providing a happy online shopping experience to our customers. Delamu is committed to providing each customer with quality products, affordable prices, quick delivery, and top-tier customer service, all via our hard-working staff.

**Contact us** via the Delamu Official Amazon Storefront Page-Ask a question

**Warranty Policy:**

**30-day money-back guarantee for any reason**

For 30 days after the date of purchase, return your undamaged DELAMU produ...

See more

### Have a question for Delamu Official?

Ask a question

## Reviews

4.9 out of  5

1,085 ratings

12 months

5 star ▊▊▊▊▊▊▊▊▊▊ 94%
4 star ▏ 6%
3 star ▏ 0%
2 star ▏ 0%
1 star ▏ 0%

Learn more about how seller reviews work on Amazon

### Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars

1085 total ratings, 1085 with feedback for 12 months

" ~~Amazon Executives have poor customer service! Poor communication not accountable nor responsible! Have a terrible experience~~ "

By Amazon Customer on August 11, 2026.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

" Arrived early just as described "

By Amazon Customer on August 11, 2026.

" The order was for two units. The package came with just 8 metal bars, so only one unit can be completed. "

By MG22207 on August 11, 2026.

" ~~Received 5 Lower and 1 upper shelve so I am able to assemble one 1 out of 3 racks~~ "

By ProFam on August 11, 2026.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"I purchased 3 short sleeve t-shirts. All arrived quickly. I love the lighter weight of 180 g and it feels very soft. Great value for the money."

By Amazon Customer on August 10, 2026.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** ShenZhenShiDeLaMuDianZiShangWuYouXianGongSi
**Business Address:**
粤海街道高新区社区
高新南七道138号惠恒大楼一期324
深圳市
南山区
广东省
518000
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Science

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Amazon Currency Converter

Promotional Financing

Recalls and Product Safety Alerts

Registry & Gift List

Help

English

United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Groceries at Amazon | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| | Neighbors App | PillPack | Amazon Renewed | Amazon Luna | | |
| | Real-Time Crime & Safety Alerts | Pharmacy Simplified | Refurbished tech you can trust | Video games from the cloud, no console required | | |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates